THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RIVERSIDE PARK ENTERPRISES, INC., a Massachusetts corporation, Plaintiff )<br>)<br>)<br>)<br>vs. )<br>)<br>INTAMIN, LTD., a Maryland )<br>Corporation, INTARIDE, LLC, )<br>a Maryland Limited Liability Company, )<br>and INTARIDE INTERNATIONAL, INC., )<br>a Maryland Corporation, )<br>Defendants )<br>) | Civil Action No. 04-30142-KPN |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO RULE 41 (a) (1) OF THE FEDERAL RULES OF CIVIL PROCEDURE, WITHOUT PREJUDICE

Pursuant to Rule 41 (a) (1), the plaintiff in the above action voluntarily dismisses its claim against the above named defendants, without prejudice.

THE PLAINTIFF
RIVERSIDE PARK ENTERPRISES,
INC., A MASSACHUSETTS
CORPORATION

By _____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 329740

Date: 12/6/04

384900